# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cibus LLC, | No. CV-20-00277-TUC-JGZ (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Eagle West Insurance Company, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that oral argument on Defendant Eagle West Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 21) will be held on **Wednesday, October 14, 2020 at 1:30 p.m.** Arizona time in courtroom 3A of the Evo A. DeConcini United States Courthouse located at 405 W. Congress Street, Tucson, Arizona 85701 before United States Magistrate Judge D. Thomas Ferraro. Oral argument will be held telephonically and the dial in information will be distributed to counsel by chambers prior to the time set for oral argument.

Dated this 22nd day of September, 2020.

Honorable D. Thomas Ferraro
United States Magistrate Judge